## SOWELLS v. STATE.
### No. 27029.

Court of Criminal Appeals of Texas.

June 9, 1954.

No attorney on appeal.

Wesley Dice, State's Atty., Austin, for the State.

MORRISON, Judge.

The offense is the unlawful possession of beer, whiskey and wine for the purpose of sale in a dry area; the punishment, a fine of $250.

The record contains no notice of appeal, and this Court is without jurisdiction.

The appeal is dismissed.